# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ESTELLA ROWE, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) vs. ) ) BANKERS LIFE AND CASUALTY ) COMPANY ) ) ) Defendants. ) | No. 09 CV 491 <br><br> Hon. Robert M. Dow, Jr. |

## STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Estella Rowe, the Plaintiff, and Bankers Life and Casualty, the Defendant, by their respective attorneys, enter into this stipulation pursuant to Federal Rule of Civil Procedure 41 and represent to the court as follows:

1. All matters in controversy in this proceeding have been fully settled and compromised.

2. The parties stipulate that this case should be dismissed with prejudice, with each party to bear her or its own costs.

1

| | |
|---|---|
| Estella Rowe | Bankers Life and Casualty Company |
| By: /s/ Abraham Brustein, | By: /s/ Eric S. Mattson |
| One of her attorneys | One of their attorneys |
| Date: October 1, 2013 | Date: October 1, 2013 |

Abraham Brustein ARDC #0327662
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
tel: 847-698-9600
fax: 847-698-9623
abrustein@dimontelaw.com

Eric S. Mattson ARDC #6225572
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
tel: 312-853-7000
fax: 312-853-7036
emattson@sidley.com